

March 20, 2024

Honorable Paul S. Diamond
District Court Judge
United States District Court
Eastern District of Pennsylvania
14614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   Anthony Autry v. City of Philadelphia, et al., 23-cv-01501

Dear Judge Diamond,

Please accept this letter in lieu of a more formal motion. I represent the Plaintiff in the above-captioned matter. On November 13, 2023, an amended complaint was filed. On January 4, 2024, the Defendants filed a Motion to Dismiss. On February 5, 2024, Plaintiff filed a response. On February 26, 2024, this Honorable Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss. The docket indicates that the amended pleadings were due on or before March 11, 2024.

Plaintiff intends to stand on his remaining claims. Both Mr. Zeiger and I misread the conclusion of the Court's Order and did not realize that Plaintiff was to advise the Court of the same in writing. Undersigned Counsel understands the gravity of the error that has occurred and should not have relied solely on the verbiage of the physical docket when the due date for the amended pleadings neared. Undersigned Counsel prays that the Court permit Plaintiff to stand on his remaining claims.

Respectfully submitted,

Lauren A. Wimmer, Esq.