#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY AUTRY, :
        Plaintiff, :
   v. : Civ. No. 23-1501
      :
CITY OF PHILDELPHIA, et. al. :
        Defendants, :
      :

## **ORDER**

On February 26, 2024, I dismissed all claims against Defendants Carney, Lacombe, Vetter, John Does 1-10, Count III, and Count IV without prejudice. (Doc. No. 20.) On March 25, 2024, I dismissed those claims with prejudice. (Doc. No. 22.) Defendants have yet to file an Answer.

**AND NOW**, this 2nd day of April, 2024, it is hereby **ORDERED** that Defendants **SHALL** respond to Plaintiff's Amended Complaint **no later than April 15, 2024**.

                                              **AND IT IS SO ORDERED**

                                              */s/ Paul S. Diamond*
                                              _____

                                              Paul S. Diamond, J.