IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AUTRY | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA et al | : | NO.: 23-cv-1501 |

## O R D E R

**AND NOW**, this **24th** day of **APRIL 2024**, in accordance with the court's procedure for assignment of a United States Magistrate Judge to certain District Court Judges on a rotating basis, it is hereby,

**ORDERED** the United States Magistrate Judge assigned to the above-captioned case is <u>Magistrate Elizabeth T. Hey.</u>

**FOR THE COURT:**

**MITCHELL S. GOLDBERG**
**Chief Judge**

**ATTEST:**

_/s/George Wylesol_____
**GEORGE WYLESOL**
**Clerk of Court**