IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY AUTRY, :
      Plaintiff, :
  v. : Civ. No. 23-1501
     :
CORRECTIONAL OFFICER :
  ROMANDO NICHOLLS, *et al.* :
      Defendants, :

# ORDER

**AND NOW**, this 30th day of May, 2024, upon consideration of Defendants' Unopposed Letter Motion to Extend Deadlines (Doc. No. 32), it is hereby **ORDERED** that the Letter Motion (Doc. No. 32) is **GRANTED**. The Scheduling Order is modified as follows:

1. All discovery shall proceed and continue in such manner as will assure that all requests for, and responses to, discovery will be noticed, served, and completed **no later than June 21, 2024**;

2. This matter is referred to United States Magistrate Judge Elizabeth T. Hey for a settlement conference on or about **June 24, 2024**. PLAINTIFF'S COUNSEL SHALL CONTACT DEFENDANT'S COUNSEL, AND THEN THE PARTIES SHALL JOINTLY CONTACT JUDGE HEY'S CHAMBERS TO ARRANGE THIS CONFERENCE. If the Parties believe that a settlement conference would be helpful at an earlier time, they are directed to contact Judge Hey to schedule the same. Judge Hey will require that lead counsel and Parties with full settlement authority attend the conference;

3. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed on or before **July 8, 2024**. Responses shall be filed on or before **July 22, 2024**.

**AND IT IS SO ORDERED**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.