IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY AUTRY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA et al | : | |
| | : | NO. 23-1501 |
| | : | |

ORDER

  AND NOW, this 4th day of June, 2024, this matter having been referred by the Honorable Paul Diamond, IT IS HEREBY ORDERED that the settlement conference previously scheduled on **TUESDAY, JUNE 4, 2024, at 9:30 A.M. has been RESCHEDULED and has now been scheduled on MONDAY, JUNE 24, 2024 at 1:30 P.M. before the undersigned. Any request to cancel or postpone the conference must be received at least two weeks in advance.**

  The settlement conferences will be conducted remotely by video unless otherwise directed, and counsel can request that it be conducted in person. Counsel will receive instructions to connect to the video link in advance of the conference.

  The following are required to attend the conference: (1) the senior attorney in charge of the matter for each of the parties, (2) **the parties themselves,** or if a corporation, an official of the corporation with full settlement authority, (3) representatives with full settlement authority of all insurance carriers or other entities responsible for paying any portion of a settlement. If the conference is remote, counsel shall instruct clients/representatives that they must be located somewhere that has internet connection and dress/conduct themselves appropriately to the occasion (e.g., not from a car or outside location).

  Each party is directed to submit to Chambers (via email at chambers_of_magistrate_judge_elizabeth_hey@paed.uscourts.gov) a **confidential** settlement memorandum of no more than four typed double-spaced pages, setting out the following in order:

1. The names, telephone numbers, and email addresses of counsel to appear at the conference on behalf of the party;

2. The name of the party or the party's representative, including insurer if applicable (with title or position) to appear at the conference;

3. The status of any pending motions;

4. The status of discovery;

5. A brief statement of the elements and manner of proof of the party's claims and/or defenses;

6. A brief statement of the party's damages and manner of proof of their damages or, as appropriate, its position on damages claimed by any opposing party;

7. The last demand and/or offer: and

8. Any other matters that counsel believe may be relevant to settlement discussions.

Counsel are directed to email the position paper to Chambers not later than four business days prior to the conference. This is for Judge Hey's eyes only, and the document is **not** to be shared with opposing counsel unless counsel so elect. It shall not be filed with the court. Counsel are encouraged to attach particularly relevant exhibits to their submissions. If such exhibits are lengthy, the relevant portions should be delineated.

<u>Counsel are also directed to exchange settlement offer and demand well in advance of the conference.</u>

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE